UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| DONALD C WASHINGTON, | No. C 10-03751 LB |
| Plaintiff, | **ORDER DIRECTING DEFENDANT AT&T CORP. TO FILE MEMORANDUM CLARIFYING ITS REPRESENTATION BY 5:00 PM ON OCTOBER 22, 2010** |
| v. | |
| AT & T CORP, *et al.*, | |
| Defendants. | |

Defendant AT&T Corp. removed this case from California state court on August 23, 2010. Notice of Removal, ECF No. 1. In its Notice of Removal, Defendant AT&T Corp. states that Plaintiff has not served AT&T Inc. with the Complaint. *Id.* at 2. On September 27, 2010, Plaintiff filed a Motion to Remand the case back to state court. Motion to Remand, ECF No. 6. Defendant AT&T Corp. filed an Opposition to the Motion to Remand on October 14, 2010. Opposition, ECF No. 11. Because counsel for AT&T Corp. has signed all of the documents it has filed with the Court solely on behalf of AT&T Corp. and not AT&T Inc., it appears that AT&T Inc. has not yet made an appearance in this action. Notice of Removal, ECF No. 1 at 6; Certificate of Interested Entities, ECF No. 2 at 2; Proof of Service, ECF No. 4 at 11; Consent to Proceed Before U.S. Magistrate, ECF No. 9 at 1; Opposition to Motion to Remand, ECF No. 11 at 15. However, counsel for Defendant AT&T Corp. appears on the docket sheet as the counsel of record for AT&T Inc. As a result, the

///

///

C 10-03751

1  Court **HEREBY ORDERS** Counsel for Defendant AT&T Corp. to file a memorandum clarifying
2  whether it represents AT&T Inc. in the pending suit by 5:00 p.m. on October 22, 2010.
3  **IT IS SO ORDERED.**
4  Dated: October 21, 2010

_____
LAUREL BEELER
United States Magistrate Judge