UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| DONALD C WASHINGTON,<br><br>  Plaintiff,<br>  v.<br><br>AT & T CORP, *et al.*,<br><br>  Defendants.<br>_____/ | No. C 10-03751 LB<br><br>**ORDER CONTINUING NOVEMBER 4, 2010 HEARING ON PLAINTIFF'S MOTION TO REMAND TO DECEMBER 2, 2010** |

Defendant AT&T Corp. removed this case from California state court on August 23, 2010. Notice of Removal, ECF No. 1. On September 27, 2010, Plaintiff filed a Motion to Remand the case back to state court. Motion to Remand, ECF No. 6. Defendant AT&T Corp. filed an Opposition to the Motion to Remand on October 14, 2010. Opposition, ECF No. 11. On October 21, 2010, the Court ordered counsel for Defendant AT&T Corp. to file a memorandum clarifying whether it represents AT&T Inc. in this matter. 10/21/10 Order, ECF No. 15 at 1-2. On October 22, 2010, counsel for Defendant AT&T Corp. filed a memorandum stating that it did not represent AT&T Inc., Plaintiff has not served AT&T Inc. with the Complaint, AT&T Inc. did not join in the removal of the case from state court, and AT&T Inc. has not yet made an appearance in the case. 10/22/10 Memorandum, ECF No. 16 at 1-2.

   Because Plaintiff has not served AT&T Inc. with the Complaint and AT&T Inc. has not made an appearance in this case, the Court has been unable to procure its consent to the Court's jurisdiction. Accordingly, the Court **HEREBY VACATES** the hearing on Plaintiff's Motion to Remand that is

C 10-03751

scheduled for November 4, 2010.  To give Plaintiff sufficient time to serve Defendant AT&T Inc. with the Complaint, the Court **HEREBY RESCHEDULES** oral argument on Plaintiff's Motion to Remand to December 2, 2010 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: October 22, 2010

_____
LAUREL BEELER
United States Magistrate Judge

C 10-03751

2