UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| DONALD C WASHINGTON,<br><br>                Plaintiff,<br>   v.<br>AT & T CORP, *et al.*,<br><br>               Defendants.<br>_____/ | No. C 10-03751 LB<br><br>**ORDER DIRECTING PLAINTIFF TO FILE STATUS STATEMENT REGARDING SERVING AT&T INC. WITH COMPLAINT** |

    Defendant AT&T Corp. removed this case from California state court on August 23, 2010. Notice of Removal, ECF No. 1. On September 27, 2010, Plaintiff filed a Motion to Remand the case back to state court. Motion to Remand, ECF No. 6. The motion is fully briefed.

    Plaintiff has not yet served Defendant AT&T Inc. but informed the Court's Court Room Deputy that he intended to serve AT&T Inc. Thereafter, to give Plaintiff sufficient time to serve Defendant AT&T Inc., the Court vacated the November 4, 2010 hearing on Plaintiff's Motion to Remand and rescheduled it to December 2, 2010. 10/22 Order, ECF No. 18. Plaintiff has yet to file a proof of service for AT&T Inc. As a result, Plaintiff is **ORDERED** to file a brief status statement updating the Court on his efforts to serve Defendant AT&T Inc. The status statement shall be filed by November 18, 2010.

**IT IS SO ORDERED.**

Dated: November 12, 2010

                                                  _____
                                                  LAUREL BEELER
                                                  United States Magistrate Judge

C 10-03751