UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | | |
|---|---|---|
| DONALD C WASHINGTON, | | No. C 10-03751 LB |
| | Plaintiff, | **ORDER CONTINUING ORAL ARGUMENT ON PLAINTIFF'S MOTION TO REMAND AND SETTING BRIEFING SCHEDULE FOR MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| v. | | |
| AT&T CORP., | | |
| | Defendant. | |
| _____/ | | |

Defendant AT&T Corp. removed this case from California state court on August 23, 2010. Notice of Removal, ECF No. 1. On September 27, 2010, Plaintiff filed a Motion to Remand the case back to state court. Motion to Remand, ECF No. 6. The parties stipulated to dismiss Defendant AT&T Inc. on November 16, 2010. Stipulation, ECF No. 21.

In Plaintiff's Reply, he seeks leave of court to file a Second Amended Complaint that he argues does not contain the allegations that provide the Court with removal jurisdiction in this case. Reply, ECF No. 13 at 10-12. Since Plaintiff did not make this argument in his initial Motion to Remand but waited until the Reply, Defendant has not had the opportunity to address this issue. As a result, Plaintiff is **HEREBY ORDERED** to file a separate motion seeking leave of court to file a second amended complaint. The Court sets the following briefing schedule for Plaintiff's Motion for Leave to File a Second Amended Complaint:

///

| Document | Due Date |
|---|---|
| Plaintiff's Motion for Leave to File a Second Amended Complaint | 12/2/10 |
| Defendant's Opposition | 12/16/10 |
| Plaintiff's Reply | 12/23/10 |

The Court will hear oral argument on Plaintiff's Motion for Leave to File a Second Amended Complaint **and** Plaintiff's Motion to Remand on January 13, 2011 at 11:00 a.m. in Courtroom 4. The hearing schedule for December 2, 2010 is **HEREBY VACATED**.

**IT IS SO ORDERED.**

Dated: November 18, 2010

_____
LAUREL BEELER
United States Magistrate Judge

C 10-03751

2