UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| DONALD C. WASHINGTON, | No. C 10-03751 LB |
| Plaintiff, | **ORDER REMANDING CASE** |
| v. | |
| AT & T CORP, *et al.*, | |
| Defendants. | |

On January 25, 2011, after the court granted leave to amend, Plaintiff Donald Washington filed an amended complaint. *See* ECF No. 33. The amended complaint is identical to the complaint previously filed as an exhibit to Plaintiff's Motion to Amend. *See* ECF No. 25-1.

As the court ruled when it gave leave to amend, the amended complaint – which deletes the claims alleging that Defendant wrongfully denied Plaintiff disability benefits under an ERISA plan – contains only state law claims. *See* 1/24/11 Order, ECF No. 32. The parties agreed at oral argument, and the court holds, that the court lacks subject-matter jurisdiction, and remand is appropriate and fair. *See id.* at 10; *Carnegie-Mellon University v. Cohill*, 484 U.S. 343, 351 (1988).

All parties named in the amended complaint have consented to this court's jurisdiction. Accordingly, the court now remands the case to Alameda County Superior Court.

**IT IS SO ORDERED.**

Dated: January 31, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C 10-03751 (ORDER REMANDING CASE)